UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00318-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ABEL ALEJANDRO GARCIA-RAMIREZ
   a/k/a/ Ulises Castro-Garcia,
   a/k/a Carlos Stevens,
   a/k/a Raul Madrigal,
   a/k/a "David",
   a/k/a "Davey",
2. **MARCO ANTONIO MEZA-GARCIA,**
   **a/k/a "Toro",**
3. ROSE GABIE HERNANDEZ,
   a/k/a Maria Hernandez,
4. MARLENE COSIO-ARENAS,
5. RICARDO CHAVARIN-GARCIA,
6. EDGAR ARTURO ESTRADA-LOPEZ,
7. FERNANDO CAMACHO-ZUNIGA
   a/k/a "Kiko",
8. JOSE LUIS MEZA-GARCIA
   a/k/a "Chulo",
9. OMAR GUTIERREZ-VEAST
   a/k/a "Alex", and
10. ARIEL CARRILLO-ZEPEDA
    a/k/a "Gallina",

    Defendants.

## ORDER SETTING HEARING ON MOTION TO WITHDRAW

THIS MATTER is before the Court on Defense Counsel's Motion to Withdraw **(#86).**

**IT IS ORDERED** that a hearing on the Motion to Withdraw **(#86)** is set for Defendant

Marco Antonio Meza-Garcia only and the Government for **April 25, 2007 at 9:00 a.m.** in the

United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 16th day of April, 2007

**BY THE COURT:**

*(signature)*

Marcia S. Krieger
United States District Judge