UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00318-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ABEL ALEJANDRO GARCIA-RAMIREZ
   a/k/a/ Ulises Castro-Garcia,
   a/k/a Carlos Stevens,
   a/k/a Raul Madrigal,
   a/k/a "David",
   a/k/a "Davey",
2. **MARCO ANTONIO MEZA-GARCIA,**
   **a/k/a "Toro",**
3. ROSE GABIE HERNANDEZ,
   a/k/a Maria Hernandez,
4. MARLENE COSIO-ARENAS,
5. RICARDO CHAVARIN-GARCIA,
6. EDGAR ARTURO ESTRADA-LOPEZ,
7. FERNANDO CAMACHO-ZUNIGA
   a/k/a "Kiko",
8. JOSE LUIS MEZA-GARCIA
   a/k/a "Chulo",
9. OMAR GUTIERREZ-VEAST
   a/k/a "Alex", and
10. ARIEL CARRILLO-ZEPEDA
    a/k/a "Gallina",

      Defendants.

## ORDER RESETTING HEARING

**THIS MATTER** comes before the Court pursuant to Defendant Marco Antonio Meza-Garcia's Motion to Withdraw **(# 86)**. An administrative error resulted in the Defendant not being present for the scheduled hearing on the motion set for April 25, 2007. The hearing will be reset

to **Wednesday, May 9, 2007** at **9:00 a.m.**

Dated this 25th day of April, 2007

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge