# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover              Date: September 10, 2007
Court Reporter:    Paul Zuckerman
Probation Officer: Caryl Ricca
Interpreter:       Susanna Cahill

Criminal Action No. 06-cr-00318-MSK

*Parties*:                                      *Counsel*:

UNITED STATES OF AMERICA,                       Gregory Rhodes

      Plaintiff,

v.

MARCO ANTONIO MEZA-GARCIA,                      Lisabeth Castle

      Defendant.

## SENTENCING MINUTES

**10:06 a. m.   Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on June 18, 2007.  Defendant pled guilty to Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do** request departure. Argument from the Government and defense counsel in support of their respective motions.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statement made by: The defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** Defendant's Motion for Departure **(Doc. #173 and #174)** is **DENIED** as to departure and **GRANTED** as to variance.

**ORDER:** The Government's Motion for Downward Departure **(Doc. #175)** is **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:42 a,m.**   **Court in recess.**

Total Time:   36 minutes.
Hearing concluded.